UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL



PRIORITY SEND

| | |
|---|---|
| Case No.  CV 06-6434-DSF(SHx) | Date  March 19, 2007 |
| Title  DANIEL NICHERIE, et al. -v- ANTHONY J. PELLICANO, et al. | |

Present: The Honorable  DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Paul Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                           Not Present

**Proceedings:**      (IN CHAMBERS)    ORDER REGARDING ALL DEFENDANTS' MOTIONS SET FOR HEARING ON 3/26/07 AT 1:30 P.M.

The Court, on its own motion, removes the above-referenced motions from the hearing calendar for Monday, March 26, 2007 at 1:30 p.m. and takes the motions **under submission.**  Written orders will follow.

DOCKETED ON CM
MAR 2 0 2007
BY ____

Initials of Deputy Clerk