ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

PRIORITY SEND

| Case No. | CV 06-6434 DSF (SHx) | Date | March 27, 2007 |
|---|---|---|---|

Title   *Daniel Nicherie, et al. v. Anthony J. Pellicano, et al.*

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Paul D. Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order GRANTING Defendants' Motions to Dismiss Third Amended Complaint

Qwest Communications Corp. filed its Motion to Dismiss Third Amended Complaint on February 21, 2007. Verizon Global Networks, Inc.'s Motion to Dismiss Plaintiff's Third Amended Complaint and Kenneth A. Pratt's Motion to Dismiss Plaintiffs' Third Amended Complaint were filed on February 22, 2007. MCI Communications Services, Inc.'s Motion to Dismiss Plaintiffs' Third Amended Complaint was filed on February 23, 2007. Pacific Bell Telephone Co.'s Motion to Dismiss Plaintiffs' Third Amended Complaint[1] and Traffix, Inc.'s Motion to Dismiss Third Amended Complaint were filed on March 2, 2007. Anthony Pellicano filed his Motion to Dismiss Third Amended Complaint on March 6, 2007. The Joinder of Defendants Qwest Communications Corp., MCI Communications Services, Inc., Verizon Global Networks, Inc., Kenneth Alan Pratt, Pacific Bell Telephone Co., and Traffix, Inc. in Each Others' Motions to Dismiss Third Amended Complaint was filed March 6, 2007. The Notice of Joinder of Defendant Hai Waknine to Defendants' Six Motions to Dismiss Plaintiff's Third Amended Complaint in lieu of Filing a Formal Motion to Dismiss the Third Amended Complaint Pursuant to 12(b)(6) was filed on March 23, 2007.

Oppositions to the various motions to dismiss were due on March 12, 2007. No oppositions have been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 26, 2007 is removed from the Court's calendar.

---

[1] Pacific Bell Telephone Co. does business as AT&T California, and was erroneously served as AT&T Communications of California.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

**PRIORITY SEND**

The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). Defendants' Motions to Dismiss (and all joinders) are GRANTED.

On January 10, 2007, the Court granted Verizon Global Networks, Inc., MCI Communications Services, Inc., Qwest Communications Corp., and Kenneth A. Pratt's Motions to Dismiss Plaintiff's Second Amended Complaint. The Third Amended Complaint is nearly identical to the Second Amended Complaint. Plaintiffs' First, Second, Third, Fifth, Eighth, Tenth, Eleventh, Twelfth, Fourteenth, and Twentieth Causes of Action of the Second Amended Complaint were dismissed without prejudice. Plaintiffs made no effort to address any of the identified defects in the claims. Plaintiffs do not now suggest that they can amend these claims to avoid dismissal. Accordingly, these Causes of Action are now DISMISSED WITH PREJUDICE as to the moving and joining defendants. See Ascon Props., Inc. v. Mobil Oil Co., 866 F.2d 1149, 1160 (9th Cir. 1989) ("The district court's discretion to deny leave to amend is particularly broad where plaintiff has previously amended the complaint."). Because Plaintiffs do not suggest that they can properly allege a claim against AT&T, and because this is Plaintiffs' fourth effort at providing a viable complaint, Plaintiffs' Ninth Cause of Action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.