UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ORIGINAL

| | |
|---|---|
| Case No.   CV 06-6434 DSF (SHx) | Date   March 28, 2007 |
| Title   Daniel Nicherie, et al. v. Anthony Pellicano, et al. | |

Present: The Honorable   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Paul Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None Present                                                None Present

**Proceedings:**   (IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION

Plaintiffs' Application, as it relates to the stay, is denied without prejudice to the filing of a noticed motion.

The application for a continuance is untimely and lacking in foundation. Counsel has been aware of the defects in the pleadings since at least November 2006. Nevertheless, she has filed two subsequent pleadings that are nearly identical – and thus have identical defects.

Ms. Buckley states in her declaration that she was only allowed to visit Mr. Nicherie from 8:00 a.m. to 1:00 p.m. on Mondays, Wednesdays, Fridays, and Sundays – or a total of 20 hours per week. Based on this Court's experience, 20 hours per week would be sufficient to consult one's client concerning the merits of his claims, at least at the initial pleading stage. Ms. Buckley claims she had to share that time with Mr. Nicherie's paralegal, investigator, and attorney. However, neither the paralegal nor investigator should have been performing services in the criminal matter after Mr. Nicherie entered his 11(c)(1)(C) plea on December 12, 2006. Mr. Nicherie's criminal counsel, Kiana Sloan-Hillier, withdrew as his counsel at his sentencing on March 5, 2007. Plaintiffs have had ample time to prepare their opposition to defendants' motion to dismiss.

Counsel is reminded that *ex parte* applications are solely for extraordinary relief. See Mission Power Engineering Co. v. Continental Casualty Co., 883 F. Supp. 488 (C.D. Cal. 1995).

DOCKETED ON CM
MAR 29 2007
BY ____ 004

Initials of Deputy Clerk: