# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



ORIGINAL

## CIVIL MINUTES - GENERAL

**PRIORITY SEND**

| Case No. | CV 06-6434-DSF(SHx) | Date | April 19, 2007 |
|---|---|---|---|

**Title:** DANIEL NICHERIE, et al. -v- ANTHONY J. PELLICANO, et al.

**Present: The Honorable** DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Paul Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                                    Not Present

**Proceedings:**   (IN CHAMBERS)   ORDER REGARDING:
1) DEFENDANT JUDAH HERTZ' MOTION TO DISMISS THIRD AMENDED COMPLAINT (filed 4/9/07) and 2) DEFENDANT JUDAH HERTZ' MOTION FOR SANCTIONS (filed 4/9/07)

   The Court, on its own motion, takes the above-referenced proceedings off the hearing calendar for Monday, May 7, 2007 at 1:30 p.m. and takes the motion **under submission.** A written order will follow.

DOCKETED ON CM
APR 2 4 2007
BY ___ 004

Initials of Deputy Clerk ___

96