


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

**PRIORITY SEND**

Case No.   CV 06-6434 DSF (SHx)                                   Date   May 17, 2007

Title   *Nicherie v. Pellicano*, et al.

Present: The Honorable   **DALE S. FISCHER, United States District Judge**

| Paul D. Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order GRANTING Defendant Judah Hertz's Motion to Dismiss Plaintiffs' Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6); and DENYING Defendant Judah Hertz's Motion for Sanctions Against Plaintiff Daniel Nicherie and His Counsel Marguerite Buckley Pursuant to Fed. R. Civ. P. 11(b)

Defendant Judah Hertz's Motion to Dismiss Plaintiffs' Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) was filed on April 9, 2007. Opposition was due April 23, 2007. No opposition has yet been filed. The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). The Motion to Dismiss Plaintiffs' Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED. Plaintiff's claims against Defendant Judah Hertz are dismissed WITHOUT PREJUDICE.

Defendant Judah Hertz's Motion for Sanctions against Plaintiff Daniel Nicherie and His Counsel Marguerite Buckley Pursuant to Fed. R. Civ. P. 11(b) ("Rule 11 Motion") was filed on April 9, 2007. Hertz asserts that he served the Rule 11 Motion on Plaintiff's counsel on March 16, 2007 in compliance with the safe harbor provision of Rule 11. See Fed. R. Civ. P. 11(c)(1)(A) ("[A motion for sanctions] shall be served . . . , but shall not be filed with or presented to the court unless, within 21 days after service of the motion . . . , the challenged paper . . . is not withdrawn or appropriately corrected."). The Rule 11 Motion is not supported by an appropriate declaration or by any other admissible evidence. The Rule 11 Motion is therefore DENIED.

IT IS SO ORDERED.