

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

PRIORITY SEND

| | |
|---|---|
| Case No. CV 06-6434 DSF (SHx) | Date May 17, 2007 |
| Title *Nicherie v. Pellicano, et al.* | |

Present: The Honorable **DALE S. FISCHER**, United States District Judge

| Paul D. Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re Motion by Defendant Ami Shafrir to Dismiss Under Rule 12(b)(6) for Failure to State a Claim; Joinder of Defendant Michael Klein to Defendant Ami Shafrir's Motion to Dismiss Plaintiff's Third Amended Complaint in Lieu of Filing a Formal Motion to Dismiss the Third Amended Complaint Pursuant to 12(b)(6)

The Motion by Defendant Ami Shafrir to Dismiss Under Rule 12(b)(6) for Failure to State a Claim was filed on April 25, 2007. Opposition was due May 7, 2007. No opposition has yet been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for May 21, 2007 is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). All claims against Defendant Ami Shafrir are DISMISSED WITHOUT PREJUDICE.

The Joinder of Defendant Michael Klein to Defendant Ami Shafrir's Motion to Dismiss Plaintiff's Third Amended Complaint in Lieu of Filing a Formal Motion to Dismiss the Third Amended Complaint Pursuant to 12(b)(6) was filed on May 1, 2007. No opposition has yet been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for May 21, 2007 is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali, 46 F.3d at 53-54; Brydges, 18 F.3d at 652. All claims against



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

**PRIORITY SEND**

Defendant Michael Klein are DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

