UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-6434-DSF (SHx) | Date | 10/30/07 |
|---|---|---|---|
| Title | DANIEL NICHERIE, et al. v. ANTHONY J. PELLICANO, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| PAUL PIERSON | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, ETC.

     Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States).  Fed. R. Civ. P. 12(a)(1).  The Court has recently dismissed all unserved defendants for lack of prosecution, after providing notice that it would do so.

     The Court, on its own motion, now orders plaintiffs to show cause in writing no later than November 15, 2007, why this action should not be dismissed for lack of prosecution as against all defendants who have purportedly been served, but for whom no responsive pleading is on file, and default has not been entered.  Because all parties who have appeared thus far have been dismissed, and because all unserved defendants have been dismissed, failure to respond adequately to this Order to Show Cause will result in dismissal of this action in its entirety.

     Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds this matter appropriate for submission without oral argument.  The Order to Show Cause will stand submitted on the filing of a responsive pleading or motion on or before the date on which a response by plaintiffs is due.

     As an alternative to a written response by plaintiffs, the Court will consider the filing of one of the following, on or before the above date, to be an appropriate response

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

to this Order to Show Cause:
     Answer by the defendants *or* plaintiff's properly filed request for entry of default; or
     Properly filed request for entry of default judgment (by clerk or court).

     It is the responsibility of plaintiffs to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and any stipulations extending time to respond.  Plaintiffs must also promptly seek entry of default pursuant to Rule 55 when a defendant fails to plead or otherwise defend.
     All stipulations affecting the progress of the case must be approved by the Court, unless a federal rule dictates otherwise.
     Failure to respond will be deemed consent to a dismissal without prejudice.

IT IS SO ORDERED.