UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 06-6434-DSF (SHx) | Date | 10/30/07 |
|---|---|---|---|
| Title | DANIEL NICHERIE, et al. v. ANTHONY J. PELLICANO, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| PAUL PIERSON | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DISMISSING All Unserved Defendants

    On August 20, 2007, this Court issued its Order Dismissing the Seventh Cause of Action and All Unnamed and Unserved Doe Defendants and Order to Show Cause re Dismissal of All Unserved Defendants.  The Order provided:

    Plaintiffs are ordered to show cause in writing no later than August 30, 2007 why all named Defendants who have not yet been served should not now be dismissed.  Unless the parties are advised otherwise, the Court will not have a hearing on this matter.

    As of this date, more than one year after the action was removed to this Court, Plaintiffs have not shown cause why the unserved defendants should not be dismissed. based on this failure, the Court dismisses the action as to all unserved defendants.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**