FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6
ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NICHERIE, et al.,     ) | Case No.:  CV 06-6434 2DSF |
|     Plaintiffs,     ) | |
|    vs.     ) | JUDGMENT |
| ANTHONY J. PELLICANO, et al.,     ) | |
|     Defendants.     ) | |
| _____ ) | |

    The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution, etc. as to all defendants who had purportedly been served but for whom no responsive pleading was on file on October 30, 2007, and plaintiff not having timely responded, and the Court having previously dismissed all other defendants, served or unserved,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

    IT IS SO ORDERED.

Dated:  12-26-07

_____
Dale S. Fischer
United States District Judge